IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEDICAL-LEGAL CONSULTING INSTITUTE, INC., | § § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-06-0321 |
| | § | |
| COMPLIANCE REVIEW SERVICES, INC., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

It is hereby **ORDERED** that Plaintiff's Motion to Dismiss Claims Against Defendant Kimberley Kelly [Doc. # 27] is **GRANTED** and Plaintiff's claims against Defendant Kelly are **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that Plaintiff and Defendant Compliance Review Services, Inc.'s Agreed Motion for Entry of Agreed Final Judgment [Doc. # 28] is **GRANTED** and the Court will enter the parties' agreed Final Judgment separately.

SIGNED at Houston, Texas, this **8th** day of **February, 2007**.

Nancy F. Atlas
United States District Judge